IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DUNN,

        Petitioner,                     No.  2:11-cv-2731 JAM GGH P

   vs.

GARY SWARTHOUT, et al.,

        Respondents.               ORDER

_____/

        Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  Petitioner asks that the court appoint Tracy Renee Lum as counsel, an attorney who represented petitioner at his appearance before the Board of Parole Hearings in 2011.  While in the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time, Ms. Lum may seek to be substituted in for petitioner as counsel.

\\\\\

\\\\\

Accordingly, IT IS HEREBY ORDERED that petitioner's July 25, 2012 and August 2, 2012 motions for appointment of counsel (Docket Nos. 16 & 19) are denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: August 15, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
dunn2731.110