1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN DUNN,

11          Petitioner,                    No. 2:11-cv-2731 JAM GGH P

12      vs.

13   GARY SWARTHOUT, et al.,

14          Respondent.                    ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C.  § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On August 1, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.

22   Respondent has filed objections to the findings and recommendations to which petitioner has

23   filed a response.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this court has conducted a de novo  review of this case.  Having carefully reviewed the

26   entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed August 1, 2012, are adopted in full; and

2.  Respondent's January 17, 2012 (docket # 11), motion to dismiss is denied and respondent is directed to file an answer to the petition within sixty days.

DATED: September 26, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE