IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DUNN,

      Petitioner,             No. 2:11-cv-2731 JAM GGH P

   vs.

GARY SWARTHOUT, et al.,

      Respondent.        ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 1, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondent has filed objections to the findings and recommendations to which petitioner has filed a response.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed August 1, 2012, are adopted in full; and

   2. Respondent's January 17, 2012 (docket # 11), motion to dismiss is denied and respondent is directed to file an answer to the petition within sixty days.

DATED: September 26, 2012

            /s/ John A. Mendez
            UNITED STATES DISTRICT COURT JUDGE