UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUNN, | No. 2:11-cv-2731 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, et al., | |
| Respondents. | |

On September 16, 2013, respondents filed a request for reconsideration of the magistrate judge's order[1] filed August 29, 2013, granting an evidentiary hearing in regard to the claim of due process violation of petitioner's right to call witnesses at his disciplinary hearing. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. An evidentiary hearing is warranted based on the superior court's failure to consider and reject petitioner's declaration regarding his request for a witness at his disciplinary hearing.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 29, 2013, is affirmed.

---

[1] That opinion also included findings and recommendations which recommended that other claims be denied. (ECF No. 37.)

1

DATED: October 23, 2013

                                    /s/ John A. Mendez
                                    UNITED STATES DISTRICT COURT JUDGE