1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN DUNN,                             No.  2:11-cv-2731 JAM GGH P

12              Petitioner,

13        v.                                 ORDER

14   GARY SWARTHOUT,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        Presently scheduled for January 23, 2014 is an evidentiary hearing.  Pursuant to Rule 8(c)

21   of the Rules Governing Habeas Corpus Cases, and this court's order of December 3, 2013,

22   petitioner was directed to inform the court whether he wished to be appointed counsel for the

23   evidentiary hearing.  Petitioner filed a response on December 11, 2013, indicating that he wishes

24   to have counsel appointed.

25        Accordingly, IT IS HEREBY ORDERED that:

26        1.  The evidentiary hearing, currently scheduled for January 23, 2014, is continued to May

27   22, 2014, at 9:00 a.m. in courtoom #9;

28   /////

1

1        2.  The Federal Defender is appointed to represent petitioner for purposes of investigating,

2   preparing for and conducting the pending evidentiary hearing;

3        3.  The evidentiary hearing will be limited to:  the receipt of testimony and/or evidence

4   relevant to the issue of petitioner's claim of due process violation of his right to call witnesses at

5   his disciplinary hearing, including the materiality of such testimony;

6        4.  Counsel shall be responsible for issuing the appropriate writs; and

7        5.  In addition to respondent's counsel and petitioner pro se, the Clerk of the Court shall

8   serve a copy of this order on David Porter, Assistant Federal Defender.

9   Dated: December 16, 2013

10                     /s/ Gregory G. Hollows

11                 UNITED STATES MAGISTRATE JUDGE

12

13  Dunn2731.110

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28