HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
JOHN DUNN

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DUNN, | ) | NO. 2:11-CV-02731-JAM-GGH |
| | ) | |
| Petitioner, | ) | REQUEST FOR SUBTITUTION OF COUNSEL; ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| GARY SWARTHOUT, et al., | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, JOHN DUNN, hereby moves this Court for an order substituting Stephanie Adraktas, Attorney at Law, 2625 Alcatraz Avenue, #233, Berkeley, California 94705, telephone (415) 699-1507, e-mail: stephanieadraktas@yahoo.com; as appointed counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Ms. Adraktas has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

Substitution of Counsel                                     -1-

Ms. Adraktas is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on her behalf.

Dated:  March 6, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender
Attorneys for Defendant
JOHN DUNN

Dated: March 6, 2014

*/s/ Stephanie Adraktas*
STEPHANIE ADRAKTAS

## **O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Stephanie Adraktas, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated:  March  7, 2014          /s/ Gregory G. Hollows

                                                Honorable Gregory G. Hollows
                                                United States Magistrate Judge

Substitution of Counsel                    -2-